FILED: April 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1342**
**(4:22-cv-00029-AWA-RJK)**

_____

NICHOLAS W. CUPP,

       Plaintiff - Appellant,

   v.

DELTA AIR LINES, INC., ENDEAVOR AIR, INC.; CHERYL THOMAS,

       Defendants - Appellees.

_____

O R D E R

_____

Nicholas Cupp commenced this action against Delta Air Lines, Inc., Endeavor

Air, Inc., and Cheryl Thomas, a Delta Air Lines flight attendant, alleging tortious

conduct based on the flight attendant's report to airline personnel and ultimately to

local police that she suspected that Cupp had, during a flight, sexually assaulted a

minor and was engaged in human trafficking.  The district court dismissed Cupp's

complaint, concluding that the defendants were immune under Virginia Code § 63.2-1512.

Cupp appealed, arguing that the immunity statute was not sufficiently broad to protect the defendants from suit, and we certified that question to the Supreme Court of Virginia. *Cupp v. Delta Air Lines, Inc.*, 154 F.4th 178 (4th Cir. 2025).

The Supreme Court of Virginia has now responded to our question and ruled that the immunity statute does not cover the defendants' conduct. *See Cupp v. Delta Air Lines Inc.*, __ S.E.2d __, Record No. 250902 (Va. Apr. 2, 2026).

Accordingly, we vacate the judgment of the district court and remand for further proceedings.

Entered at the direction of Judge Niemeyer with the concurrence of Judge Benjamin and Senior Judge Keenan.

For the Court

/s/ Nwamaka Anowi, Clerk

2