FILED: April 28, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1342
(4:22-cv-00029-AWA-RJK)

_____

NICHOLAS W. CUPP

       Plaintiff - Appellant

v.

DELTA AIR LINES, INC.; ENDEAVOR AIR, INC.; CHERYL THOMAS

       Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK